## CERTIFICATE OF COUNSEL

I, David P. Sheldon, certify that I have delivered a copy of all pleadings and motions in the matter of Peter B. Mapes v. Jack Reed and Richard Cody via email to Mr. Daniel Van Horn, Chief of Civil Litigation at the United States Attorney's Office for the District of Columbia and by facsimile to the office of Senator Jack Reed.

\_\_1/27/2020_____          _____

Date                                                                          DAVID P. SHELDON, DC Bar. No. 446039
                                                                              Law Offices of David P. Sheldon PLLC
                                                                              100 M St. NE; Ste 600
                                                                              Washington, DC 20003
                                                                              Telephone No.  202-546-9575
                                                                              Fax No.  202-546-0135
                                                                              Email: davidsheldon@militarydefense.com